# Kilgore *v.* Tennessee, Coal, Iron & R. R. Co.

*Bill to Quiet Title.*

(Decided January 14, 1915.   67 South. 1002.)

*Appeal and Error; Orders Appealable; Setting Aside Verdict by Chancellor.*—An order of the chancellor setting aside the verdict of a jury, taken on the certification of an issue of fact from the chancery court for trial in the circuit court before a jury, will not support an appeal.

APPEAL from Walker Chancery Court.

Heard before Hon. A. H. BENNERS.

Bill by the Tennessee Coal, Iron & Railroad Company against J. R. Kilgore, to quiet title. Certain facts were certified to the circuit court for trial by a jury, and on return of the finding of the jury in the circuit court, the chancellor entered a decretal order setting aside the verdict of the jury, from which the respondent appeals. Appeal dismissed.

GUNN & POWELL, and BANKHEAD & BANKHEAD, for appellant.

A. F. FITE, and PERCY, BENNERS & BURR, for appellee.

McCLELLAN, J.—This appeal is sought to be effected upon and from an interlocutory order of the chancery court setting aside, on motion, the verdict of a jury which was taken under the certification of an issue of fact for trial in the circuit court before a jury. Such an order is not appealable.—*Ex parte Colvert,* 188 Ala. 650, 65 South. 964.

The motion to dismiss the appeal must be sustained.

Appeal dismissed.

ANDERSON, C. J., and SAYRE and DE GRAFFENRIED, JJ., concur.